NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RETURN MAIL, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1898

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00130-CFL, Senior Judge Charles F. Lettow.

---

**JUDGMENT**

---

ALFRED ROSS FABRICANT, Fabricant LLP, Rye, NY, argued for plaintiff-appellant. Also represented by PETER LAMBRIANAKOS, JOSEPH M. MERCADANTE, VINCENT J. RUBINO, III.

SHAHAR HAREL, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, GARY LEE HAUSKEN, RACHEL HICKS; REBECCA HARKER DUTTRY, United States Postal Service, Washington, DC.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 13, 2024
Date

Jarrett B. Perlow
Clerk of Court